AO91 (Rev. 12/03)   Criminal Complaint                                           AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas McAllen Division

**UNITED STATES OF AMERICA**
             vs.

**CRIMINAL COMPLAINT**

Case Number: 7:18-po-05056

Jose Edyn MENDOZA-Ramos
IAE
Honduras 1980

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief.  On or about **May 30, 2018** in **Hidalgo** County, in the **Southern District Of Texas** defendant(s) did, **Being then and there an alien, did, knowingly and unlawfully enter the United States at a place other than as designated by immigration officers;**

in violation of Title **8** United States Code, Section(s) **1325(a)(1)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

**Jose Edyn MENDOZA-Ramos was encountered by Border Patrol Agents near Sullivan City, Texas on May 30, 2018.  When questioned as to his citizenship, defendant stated that he was a citizen and national of Honduras, who had entered the United States illegally on May 30, 2018 by rafting across the Rio Grande River near the Hidalgo, Texas Port of Entry.**

**I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.**

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

/S/  Martinez, Adelaido  Border Patrol Agent
Signature of Complainant

Martinez, Adelaido    Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

June 01, 2018
Date

at   McAllen, Texas
City/State

J Scott Hacker          U.S. Magistrate Judge
Name of Judge        Title of Judge

Signature of Judge